AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Alex Halissi Bell<br>*Defendant(s)* | )<br>)<br>)  Case No. 2:22-MJ-154<br>)<br>)<br>) |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**AUG 2 2 2022**
CLERK, U.S. DISTRICT COURT
By_____
      Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 17 - 18, 2022** in the county of **Randall and Potter** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii). | Possession with Intent to Distribute Methamphetamine. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy Hoffman, DEA TFO
*Printed name and title*

SAttested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 8/22/22

_____
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:22-MJ-154

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jeremy C. Hoffman, being duly sworn, depose and state:

1.      I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for about twenty (20) years with the Randall County Sheriff's Office. As part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

2.      This affidavit is made in support of a complaint and arrest warrant for Alex BELL. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3.      On August 17, 2022, Amarillo RO Agents received information regarding a possible stash house located in Amarillo, TX. During the investigation the stash house was found to be controlled by a subject identified as to the agents only as "Crow", later identified as Alex Halissi BELL.

4.      On August 18, 2022, a search warrant was obtained for the address of 707 N Mirror #B (the stash house) and 4615 S Virginia #16C (BELL's residence). Prior to execution of the search warrant on Mirror, surveillance was established on BELL's residence. BELL was followed by police surveillance from his apartment (4615 S Virginia Street, # 16C) to the parking lot of the stash location (707 N Mirror Street, Apt B). BELL was detained by Law Enforcement in the parking lot of the apartment complex as part of the investigation. A subsequent search of Mirror produced twenty-six bundles of a white crystalline substance that has the appearance and consistency of methamphetamine, weighing approximately 12.4 gross kilograms. The substance field tested positive for the presence of methamphetamine. This quantity of methamphetamine is consistent with distribution, as opposed to someone's personal use.

5.      The search warrant for 4615 S Virginia was executed. A female identified as Monique Walker and a young boy, Alex Bell Jr., were located inside the residence. During a search of the Virginia street residence, officers located a large sum of US Currency, methamphetamine, two handguns, packaging materials and a zeroing weight

and digital scale. Affiant knows these items to all be common tools utilized in the distribution of controlled substances. Walker was mirandized and interviewed by TFO Vern Wilson and TFO Jeremy Hoffman. During the interview, Walker stated that BELL works construction with a subject identified as Kevin (LNU). Walker was asked about the currency located in the residence. Walker stated the only money that belonged to her was in her purse. Walker was asked about the bulk currency located in the residence. Walker stated she didn't know anything about the currency and that her common law husband, BELL, does not share where he gets his money from. Further, Walker stated she is unemployed and receives her money from BELL.

6. A search of Texas Workforce Commission was completed for BELL and no reported income was located. BELL's lack of reportable income is an indication of no valid employment or legitimate claim to the possession of the large sum of US currency located within his apartment.

Jeremy Hoffman
DEA Task Force Officer

Sworn to before me, and subscribed in my presence:

August 19, 2022     at     Amarillo, Texas
Date                                  City and State

Lee Ann Reno, U.S. Magistrate Judge
Name and Title of Judicial Officer       Signature of Judicial Officer

Anna Marie Bell
Assistant United States Attorney

Page 2 of 2